IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW YORK,

Since August, 1837.

---

BRIDGMAN *vs.* GREGORY & BLOODGOOD.

An order for a bill of particulars is duly served by delivering a copy; the original need not be shown.

THE question here was, whether the *original* order for a August, 1837. bill of particulars must be shown to the party called on for the bill, or whether service of a *copy* is sufficient.

*By the Court,* NELSON, Ch. J.  All orders which do not · require *personal service,* may be served by *copy.*  See 1 Archb. Pr. 23.  So also it was held by this court in *The Utica Bank* v. *Kibby,* 7 Cowen, 148.